**The order below is signed and the pretrial conference is continued to May 4, 2017, at 10:30 a.m.**

**Dated: April 7, 2017.**

_____
**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

    Carlos Allen                               Case No. 16-00023
                                                Chapter 7

              Debtor.
_____

Douglass Sloan

              Plaintiff,

    v.                                  Adversary Proceeding No. 16-10027

Carlos Allen

              Defendant.

### [Proposed] ORDER for 2nd Amended Scheduling Order

This matter came before me on the parties Joint Motion to Continue the Amended Scheduling Order Signed on February 7, 2017 to extend the deadlines for additional 14 days.

It is hereby ORDERED, that the Motion is GRANTED and it is further

ORDERED that the following dates shall be extended to:

    April 3, 2017                to complete discovery, and

| | |
|---|---|
| April 10, 2017 | to File any motions including dispositive motions |
| April 10, 2017 | Pretrial Statements. |
| May 4, 2017 | Pretrial Conference |
| April 3, 2017 | Dispositive Motions |
| April 3, 2017 | Exhibit Lists |
| April 24, 2017 | Objections to Witnesses, Exhibits and Deposition Designations, it |

is further

ORDERED that all other provisions in the Amended Scheduling Order signed February 7, 2017 shall be applicable.