UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

In Re:

   Carlos Roberto Allen     Case No. 16-00023

             Chapter 7

      Debtor.

_____

Douglass Sloan

      Plaintiff,

   v.          Adversary Proceeding No. 16-10027

Carlos Roberto Allen

      Defendant.

## DEFENDANT'S PRE-TRIAL STATEMENT

  COMES NOW, Defendant, Carlos Roberto Allen, through counsel, and files the following, his pre-trial statement:

### Statement of Facts

1. Defendant borrowed money from Plaintiff.  The terms of the loan are set forth in Plaintiff's Exhibit A, Dkt #3-1.

2. Defendant took the loan out in good faith but was not able to perform and defaulted on the loan.

3. Plaintiffs, through their conduct accepting Defendant's monthly payments over several years, modified the terms of the loan.

4. At a later point in time, Defendant sold his mother's home and the proceeds were used to pay some of his debts.  The Plaintiffs were displeased that some of the proceeds were not used to pay them off.  The Plaintiffs then brought suit in DC Superior Court.

5. Defendant filed for bankruptcy and the Plaintiffs brought the instant dischargeability action.

### Plaintiff's Claims

6. Plaintiffs have brought this dischargeability action under a number of bankruptcy code sections, however, many are actually rights belonging to the Chapter trustee (such as an avoidance action Section 548), or actions to deny a discharge for the entire case under Section 727 which are more commonly brought by a trustee, which the Chapter 7 trustee has not done.

7. Plaintiff's stated allegations do not support a finding to deny the debtor a discharge.

### Defendant's Defenses

8. Defendant notes that Plaintiff has the burden of proof in this action to a "clear and convincing" evidence standard.

### Defendant's Witnesses

9. Carlos Roberto Allen and Karen Brooks.

### Defendant's Exhibits

10. Defendant intends to use many of the same exhibits proposed by Plaintiff including the Promissory Note, Bankruptcy Case Schedules, transcripts of the Section 341 hearing and deposition of the Defendant by the Plaintiff.

### Defendant's Request for Relief

11. Defendants ask the court to deny judgment to the Plaintiff and award Defendants his attorney's fees and costs in this matter.

Date: April 10, 2017                    Respectfully Submitted,

                                        /s/ Edward Gonzalez
                                        Edward Gonzalez, DC Bar #426584
                                        2405 Eye Street, NW, Suite 1A
                                        Washington, DC  20037
                                        (202) 822-4970

**Certificate of Service**

I hereby certify that the foregoing motion was served on this 10th day of
April via first class mail, postage prepaid and/or by the court's electronic filing system to:

1. Howard Haley, The Haley Law Firm, 7600 Georgia Ave. NW, Suite 405, Washington, DC 20012
2. Debtor, Carlos Allen, 1715 Kilbourne Place, NW, Washington, DC 20010


 /s/ Edward Gonzalez_____
Edward Gonzalez