The order below is hereby signed.

Signed: August 1 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CARLOS ROBERTO ALLEN, | ) | Case No. 16-00023 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DOUGLASS SLOAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 16-10027 |
| CARLOS ROBERTO ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER CANCELING HEARING

The court has decided to issue a written decision in lieu of making oral findings of fact and conclusions of law regarding the trial of this adversary proceeding.  It is thus

ORDERED that the hearing set for August 2, 2017, is canceled.

[Signed and dated above.]

Copies to: All counsel of record; Office of United States Trustee.