FILED
OCT 02 2017
Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES BANKRUPCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

CLERK
U.S. DISTRICT &
BANKRUPTCY COURTS

2017 OCT -2 P 5: 01

RECEIVED

|  |  |  |
|---|---|---|
| DOUGLASS SLOAN, | ) | |
| | ) | Case # 16-10027 |
| Plaintiff, | ) | Judge S. Martin Teel, Jr. |
| | ) | (Chapter 7) |
| v. | ) | |
| | ) | |
| CARLOS ALLEN, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR RECONSIDERATION OF JUDGEMENT OF SEPT. 21, 17**

TO THE HONORABLE S. MARTIN TEEL JR., BANKRUPTCY JUDGE:

COMES NOW CARLOS ROBERTO ALLEN ("Debtor"), by Carlos Roberto Allen

(Pro Se), and for his Motion for Reconsideration of Judgment of Sept. 21, 2017 ("Motion"),

respectfully represents as follows:

1.  The instant case was commenced when the Debtor filed a voluntary petition under

    Chapter 7 of the Bankruptcy Code, on February 29, 2016 ("Petition Date"), to gain

    Bankruptcy protection, a stay in the D.C. Superior Court, and a discharge of all

    debts.

2.  On or about September 21, 2017, the court entered a Memorandum Decision

    (Docket # 75) ordering that the defendant, Carlos Allen is denied a discharge as a

    Debtor in this case under chapter 7 of the Bankruptcy Code.

3.  At the conclusion of the hearing, on Sept. 21, 2017, the Court took under

    advisement the Motion to treat the Sloan Note obligation as nondischargeable, or,

    alternatively, deny Allen a discharge and, subsequently entered the Memorandum

    Decision.

RECEIVED
OCT - 3 2017

**4.** Pursuant to Fed. R. Bankr. P. 9023 ("Rule 9023"), incorporating by reference Fed. R. Civ. P. 59, this Court is empowered and authorized to reconsider a judgment or order, and any of a variety of grounds set forth therein.

5. The purpose of a Motion for Reconsideration under Rule 59 (e) is to correct manifest errors in law of fact or to present newly discovered evidence. "Harsco Corp. V. Zlotnicki, 779 F. 2d 906, 909 (3rd Cir. 1985)

6. The Debtor seeks reconsideration of the Memorandum Decision under Rule 9023, for manifest error of fact and law and in support of such relief, represents as follows:

    A. Notwithstanding the allocation of the burden of going forward and the burden of proof with respect to a motion made under § 1112 of the Bankruptcy Code, a great deal has been made, and was made in the context of the Memorandum Decision, of the fact that the Debtor fabricated a promissory note (referred to as the "Brooks Note") representing a non-existent loan made to him by his estranged wife, Karen Brooks and, he falsified the document, thus justifying a denial of discharge under 11 U.S.C. § 727 (a) (3).  This Motion for Reconsideration of Judgment includes new information and new evidence that speaks to the fundamental basis of the Court denying the Debtor's discharge and addresses the statements by the Court that the Debtor fabricated a sham representing a non-existent loan. During this case, the Debtor provided the Court a copy of the Brooks Note, which has been blatantly deemed as fabricated based on the Court's impression of the truth. No request was made by the Court

2

or Plaintiff for copies of any corroborating documentation of the promissory note, evidence exposing where and how Karen Brooks acquired the funds, documents presenting confirmation of the funds moving from Karen Brooks to Carlos Allen, data representing the use of those funds by Carlos Allen, was not requested during this entire adversarial proceeding. The Debtor continued attempting to explain to the Court that the Plaintiff's loan was made after the earlier loan made to the Debtor by his estranged wife, and he was making payments on the Sloan loan (the payments had transitioned from the lump sum terms into monthly payment terms per conversations with Karen James and, in accordance with the Sloan / Allen contract terms) when the property was sold and funds acquired to finally repay the Brooks Note. Had the Debtor known that the validity of the Karen Brooks not was in question, he would had searched for the documents at his residence or contacted Karen Brooks like he did after the decision on Sept. 21, 2017 and produced documents, confirming the payout of One Hundred Two Thousand ($102,000.00) dollars on behalf of the Brooks Note paid from Karen Brooks to Carlos Allen.

B. **The Brooks Note, In "Section 8, Amendments, Additional Provisions" references (Exhibit 1) "Loan #1 – MBNA account # 7498 4823 9332 43 / $25,000.00 (Exhibit 2) and Loan #2 – SunTrust account # 052511403530 / $78,000.00 (Exhibit 3) which represents the loans taken out by Karen Brooks, in her name, to obtain the capital to loan to Carlos Allen. The Debtor will present Karen Brooks Bank of America Bank statement showing funds were**

going to from her account to the Debtor (Exhibit 5) . Also the Debtor attaches

receipts for these monies, confirming the actual loans taken out by Karen

Brooks from the aforementioned banks, to get the cash to loan to the Debtor

(Exhibit 6) . The documents being provided include bank statements and

letters confirming the personal loans and accounts opened by Karen Brooks to

acquire the funds to loan to the Debtor. Further, the bank statements detail

the wire transfers made by MBNA and Suntrust to Karen Brooks' and, checks

written by Karen Brooks turning the loan funds over to Carlos Allen. Funds in

the amount of $80,000.00 were wire transferred from Karen Brooks' personal

Suntrust account into Carlos Allen's AFS Mortgage (AFS was an S Corporation)

Bank account. . s statements & letters on Bank letterhead displaying the

personal loans and accountsaccounts opened byEnclosed in this request for

The Debtor is attaching the following documents as evidence:

    i.   Copy of MBNA America account approval letter to Karen Brooks

        detailing credit line of $26,500.00 dated 8/22/2005

    ii. Copy of Karen Brooks Bank of America check # 2124 to Carlos

        Allen in the amount of $500.00 on 8/26/2005

    iii.   Copy of the MBNA wire transfer of $25,000.00 into Karen

        Brooks' Bank of America – My Access Checking Account on

        8/30/2005

    iv.   Karen Brooks writes Bank of America check # 20,000.00 on

        8/30/2005wire T

C.  The Memorandum Decision also states the accusation that the Debtor

    falsely testified that his transfer of money to AMG Inc. out of the

4

proceeds of real property was made in satisfaction of the Brooks Note and the Debtor manufactured this deception to defend against Sloan's assertion, of an interest in the equity realized from the sale. The Debtor however, has always agreed that the Sloan Note was owed by him nonetheless, the Plaintiff never exercised the equity clause and after repeated requests for alternative payment arrangements by the Debtor, the Plaintiff refused payments in any lesser amounts. The Sloan Note payment terms transitioned from lump sum into monthly payments during 2010 per discussions with Karen James where the Debtor disclosed he did not have the financial means to meet the lump sum terms but he sincerely wanted to repay the loan. It was at that time that Karen James accepted the agreement of the Debtor to make monthly payments instead. Ms. James texted the Debtor on occasion, but infrequently, because the payments were always on time over a period of four (4) years, during 2010 - 2014. Douglass Sloan was unsettled and agitated that the payments were being made directly to Karen James and not to him, and she was accepting them.

D. **The real property detailed in the Sloan Note was sold in 2013, the Brooks Note was repaid and Sloan commenced to file a civil lawsuit in D.C. Superior Court. The Brooks Note (initially $102,000.00) has always been a burdensome, outstanding issue in the mind and heart of the Debtor even though Karen Brooks has never come after him in pursuit of the debt. The Debtor very strongly wanted and needed to pay his wife, the woman that he loves, back the monies that she borrowed and paid back to MBNA and Suntrust Banks.**

E.  It is essential to discuss that the Debtor, an individual in financial duress, has represented himself as Pro Se during the bulk of this adversarial case. After the Debtor's submission of Summary Judgment, Judge Teel did not rule on the statute of limitations and strongly urged the Debtor to hire legal counsel. As a result of outrageous accounts being constructed about him, and the serious urging of Judge Teel that he acquire legal counsel, The Debtor hired Edward Gonzalez, providing the full payment. During the initial consultation, Mr. Gonzalez stated he would file motions requesting the immediate dismissal based on the statute of limitations of Sloan Note and Sloan's failure to include all parties, (both Karen James and Douglass Sloan were co-lenders however Karen James was not a party to the adversarial proceedings in this case), to the Sloan Note claim. The only paperwork Mr. Gonzalez actually filed in this case was an appearance for the Debtor and a one-page pre-trial statement with no specific details or exhibits. Mr. Gonzalez attended the Debtor's deposition after arriving two hours late and a Pre-Trial hearing for 15 min. He has provided no benefit to the Debtor, is deemed to be incompetent having committed malpractice in the Debtors opinion.

6

## CONCLUSION

WHEREFORE, Defendants request that this Honorable Court enter an order granting Reconsideration in

his favor with respect to all claims and Grants a Request for Hearing.

DATED: October 1, 2017


Respectfully submitted this 2nd day of October, 2017



Carlos Allen (Pro Se)

1715 Kilbourne Pl NW

Washington DC 20010

240-678-9846


# **Request For a Hearing**


Debtor requests a hearing on this Motion for Reconsideration of Judgement of Sept. 21, 2017



Carlos Allen (Pro Se) October 2nd 2017

## UNITED STATES BANKRUPCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLASS SLOAN, | ) | |
| | ) | Case # 16-10027 |
| Plaintiff, | ) | Judge S. Martin Teel, Jr. |
| | ) | Next Court Date: 12/13/2016 |
| v. | ) | Event: Pre Trial Conference |
| | ) | |
| CARLOS ALLEN, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's
Motion for Summary Judgment has been furnished
via mail  to Howard Haley, Esq., 7600 Georgia Ave NW #405 Washington DC
20012 on this 2nd day of October, 2017.


_____

Carlos Allen (Pro Se)

(EXHIBIT 1)

## PROMISSORY NOTE

This Promissory Note (Hereinafter "Note") is entered into by:

Karen R. Brooks of 9709 Manteo Court Fort Washington, Maryland 20744

(Hereinafter "Lender")

&

Carlos Roberto Allen of 3102 18th St NW Washington DC 20010

(Hereinafter "Borrowers")

1. PROMISE TO PAY
   On This Day September 23, 2005 the borrowers promise to pay to the Lender the total amount of One Hundred Two Thousand ($102,000.00), together with interest payable on the unpaid principal at the rate of 20% percent per annum, compounded monthly.

   Payments will be delivered to the Lender's address (9709 Manteo Court) or such other address as may later be agreed upon by the parties.

2. REPAYMENT
   The amount promised under this Agreement will be repaid in full, as well as accrued interest thereon, if any, November 10, 2005.

   Should the Borrowers default in payment, the Borrowers shall pay all costs, expenses and all reasonable legal costs incurred by the Lender, for the purpose of collection of this Promissory Note and including reasonable collection charges should collection be referred to a collection agency. These costs will be added to the outstanding principal and will become immediately due.

3. COLLATERAL
   This Promissory Note is secured by the following collateral: The property located at 3102 18th St., NW, Washington, DC, 20010 is being used as collateral. This property is deeded to Anna Allen, who is the mother of Carlos Roberto Allen. Mr. Allen states he has legal/current/active power of attorney for Mrs. Anna Allen to make purchases and borrow money on her behalf. He is signing this contract representing them both as "borrowers" on this loan. (Hereinafter "Collateral")

   Title to the Collateral will be retained by Lender until all payments due under this Promissory Note are paid in full.

Should the Borrowers default in payment, the Collateral will be immediately transferred to the Lender and the Lender will be granted all rights of repossession as a secured party.

4.  MODIFICATION
No modification or waiver of any of the terms of this Agreement shall be allowed unless by written agreement signed by both parties. No waiver of any breach or default hereunder shall be deemed a waiver of any subsequent breach or default of the same or similar nature.

5.  BINDING EFFECT
Except as otherwise provided in this Note, all of the covenants, conditions, and provisions of this Note shall be binding upon the parties hereto and their respective heirs, personal representatives executors, administrators, successors, and assigns.

6.  HEADINGS
Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Note.

7.  BREACH OF NOTE
The parties acknowledge that no breach of any provision of the Note shall be deemed waived unless evidenced in writing. A waiver of any one breach shall not be deemed a waiver of any other breach of the same or any other provision of the Note.

8.  AMENDMENTS
This Promissory Note may be modified or amended by written agreement of both parties.

ADDITIONAL PROVISIONS
Karen Brooks obtained the money for Carlos Roberto Allen & Anna Allen by taking funds from her Cash Out Retirement fund from her employer.
The borrower will pay off the following loans:
Loan #1 - MBNA, account # 7498 4823 9332 43, $25,000.00
Loan # 2 - SunTrust, account # 052511403530, $78,000.00

9.  GOVERNING LAW
This Agreement is governed by the statutory and case law of the District of Columbia. The parties hereby indicate by their signatures below that they have read and agree with the terms and conditions of this Agreement in its entirety.

10. The parties hereby indicate by their signatures below that they have read and agree with the terms and conditions of this Note in its entirety.

Lender Information
Karen R. Brooks
9709 Manteo Court
Fort Washington, Maryland 20744

Signature & Date: _____ 9/23/05

Borrower Information
Carlos Roberto Allen
3102 18th St NW
Washington, DC 20010

Signature & Date: _____ 9/23/2005

Signed September 23, 2005.

(EXHIBIT 2)

Pending Balance Transfers
**BANK OF AMERICA**                                    $25,000.00

  *1st*
**MBNA** AMERICA  *2nd* Source of Funds
From Karen Brooks

www.MBNA.com

| ACCOUNT NUMBER |
| --- |
| 74984823933243 |

| CREDIT LINE |
| --- |
| $26,500 |

KAREN R BROOKS
9709 MANTEO CT
FT WASHINGTON MD 20744-6919

To:         Karen R. Brooks
From:       Margie Worrall, Consumer Finance Division
Date:       August 22, 2005
Subject:    MBNA America

You have been approved for the MBNA America account.† We are pleased to welcome you as a Customer. You should receive your first billing statement within 45 days of your first account transaction.

By selecting the MBNA America account, you are assured superior service that few other financial institutions can offer.

As you requested, we are processing the transfer of funds to the accounts listed above. Please allow approximately two weeks for the funds to transfer. If your account is eligible, you may be receiving a checkbook within the next few days. Use the checks to access the available credit on your account.** Checks can be used for special opportunities or unexpected expenses, such as tuition, home improvements, vacation, or extra cash!*** Use these checks quickly as they expire 120 days from the date of this letter.

If you have any questions, please call 1-800-892-8349, Monday through Thursday from 8 a.m. to 10 p.m., or Friday, 8 to 8 (Eastern time). If you prefer, you may write to P.O. Box 15720, Wilmington, DE 19850-5720 or visit us at www.mbna.com. We value your business and look forward to serving you in the future.

**Federal Law requires us to provide the following information:**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Important account disclosures are included with this letter.**

† Your account may also be referred to as a GoldReserve® line of credit account.
**Available credit on your account is the current credit line, less any outstanding balance from purchases directly billed to your account or requested balance transfers. For up-to-the-minute balance, available credit, and payment information, please call the number listed above.
***Access checks may not be used to pay off or pay down this or any other MBNA account. There is a 3.00% transaction fee for Category A Advances on the account including access checks, direct deposits, and balance transfers (Fee: Min. $5.00). Borrowing the full amount of your available credit may result in an overlimit fee.

*(EXHIBIT 4)*

SUNTRUST BANK
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897

# SUNTRUST

*1st Source of Funds*

*2nd Source of Funds*

KAREN R BROOKS
9709 MANTEO CT
FORT WASHINGTON MD 20744-6919

PAGE    1

ACCOUNT NUMBER 1000039077812                          DATE 09/28/2005

ADVICE OF WIRE TRANSFER DEBIT(S)

TRANSACTION NUMBER 050928-007074        AMOUNT                    $80,000.00
SENT VIA FEDERAL RESERVE
            SENDING BANK:
B/4434840                               A/026009593    CREDIT PARTY:
STB FORT WASHINGTON                     BANK OF AMERICA, N.A., NY
CS CMD 6752                             NEW YORK, NY
COURIER                                        BENEFICIARY BANK:
                                        /054001204
                                        BANK OF AMERICA WASHINGTON DC
                                        MERGED USE 026009593
                                               BENEFICIARY:
                                        /001924222060
                                        AFF MORTGAGE INC

*$80,000 Being Transfered From Karen Brooks
Suntrust account to Carlos Allen's
AFS Mortgage Account*

THE HOURS FOR INITIATING TELEPHONE WIRE TRANSFER REQUESTS ARE 8:30 AM TO
4:30 PM ET.  THIS ADVICE IS YOUR PERMANENT RECORD OF THE TRANSACTIONS.  FOR

INQUIRY, CALL 800-786-8787 AND PROVIDE THE TRANSACTION NUMBER ON THE ADVICE.

**Bank of America.**

*[handwritten: ...s account contains
MBNA funds transferred of $25,000 thea
giving $20,000 to Carlos Ella]*

BANK OF AMERICA, N.A. (THE "BANK")

**KAREN R BROOKS**

**MYACCESS CHECKING**

003920466051

Last Posting Date          9/27/2005

*[handwritten: EXHIBIT 4]*

**Since Last Statement Summary**

Last Statement Date        9/15/2005

| | | | |
|---|---|---|---|
| Balance Last Statement | | $ | 562.41 |
| Deposits/Credits | # 4 | + | 16,093.74 |
| Withdrawals/Debits | # 32 | | 9,076.07 |
| | | | |
| Current Balance | | $ | 7,580.08 |

| Date | Amount | Balance | Transaction |
|---|---|---|---|
| * 8/15/2005 | 111.30 | 4563.62 | NORDSTROM 1400 08/12 |
| * 8/15/2005 | 62.00 | 4501.62 | SUNTRUST 08/13 #000254211 |
| * 8/15/2005 | 14.13 | 4487.49 | 7-ELEVEN 08/14 #000173080 |
| * 8/18/2005 | 2.00 | 4485.49 | SUNTRUST 08/13 #000254211 |
| * 8/19/2005 | 7.11 | 4478.38 | CHECKCARD 0817 BURGER KING |
| * 8/19/2005 | 72.00 | 4550.38 | RETURNED BILL PAYMENT FROM |
| * 8/19/2005 | 250.00 | 4300.38 | FARM BUREAU BANK Bill |
| * 8/19/2005 | 200.00 | 4100.38 | CITI CARDS Bill Payment |
| * 8/19/2005 | 98.00 | 4002.38 | COMCAST CABLE Bill Payment |
| * 8/19/2005 | 101.50 | 3900.88 | PENTAGON C 08/19 #000009798 |
| * 8/19/2005 | 40.20 | 3860.68 | EXXONMOBIL POS 08/19 |
| * 8/19/2005 | 2.00 | 3858.68 | PENTAGON C 08/19 #000009798 |
| * 8/22/2005 | 176.40 | 3682.28 | INVISIBLE FENCING OF |
| * 8/22/2005 | 72.00 | 3610.28 | VERIZON WIRELESS Bill |
| * 8/22/2005 | 197.20 | 3413.08 | SOU GIANT FOOD 08/22 |
| * 8/22/2005 | 100.00 | 3313.08 | Check 2123 |
| * 8/22/2005 | 85.61 | 3227.47 | CNS LOWE'S 08/22 #000352866 |
| * 8/22/2005 | 39.95 | 3187.52 | CHECKCARD 0819 POWERCHOICE |
| * 8/22/2005 | 15.00 | 3172.52 | CHECKCARD 0819 TRACY NAILS |
| * 8/22/2005 | 1.47 | 3171.05 | CHECKCARD 0819 NORDSTROM |
| * 8/23/2005 | 32.53 | 3138.52 | Marshalls MARS 08/23 |
| * 8/23/2005 | 28.09 | 3110.43 | CVS 2239 8201 08/23 |
| * 8/24/2005 | 200.00 | 2910.43 | STERLING JEWELER;DES=ACCT |
| * 8/24/2005 | 40.66 | 2869.77 | EXXONMOBIL POS 08/24 |
| * 8/25/2005 | 35.00 | 2834.77 | CHECKCARD 0823 |
| * 8/25/2005 | 36.82 | 2797.95 | CHECKCARD 0824 VEGAS VALET |
| * 8/26/2005 | 1.50 | 2796.45 | CHECKCARD 0823 FASHION |
| * 8/26/2005 | 500.00 | 2296.45 | Check 2124  *[handwritten: Carlos Ella]* |
| * 8/26/2005 | 700.00 | 1596.45 | INTERNAL REVENUE SERVICE |
| * 8/26/2005 | 311.00 | 1285.45 | PEPCO Bill Payment |
| * 8/26/2005 | 50.00 | 1235.45 | CHECKCARD 0824 SALON CIELO |
| * 8/26/2005 | 37.80 | 1197.65 | CHECKCARD 0824 NORDSTROM |
| * 8/29/2005 | 200.00 | 997.65 | BANK OF AMERICA CREDIT CARD |
| * 8/29/2005 | 42.00 | 955.65 | WASHINGTON GAS Bill Payment |
| * 8/29/2005 | 31.00 | 924.65 | CHECKCARD 0828 TRACY NAILS |
| * 8/29/2005 | 30.24 | 894.41 | EXXONMOBIL POS 08/29 |
| * 8/29/2005 | 19.13 | 875.28 | CHECKCARD 0827 FEDEX SHP |
| * 8/30/2005 | 25000.00 | 25875.28 | MBNA AMERICA ;DES=DIRECT  *[handwritten: Money from MBNA]* |
| * 8/30/2005 | 200.00 | 25675.28 | Online Banking transfer to |
| * 8/30/2005 | 20000.00 | 5675.28 | Check 2127  *[handwritten: Carlos Ella]* |
| * 8/30/2005 | 35.00 | 5640.28 | CHECKCARD 0829 |

**P** = Items marked Pending have not yet been paid because they could cause your account to be overdrawn.
If the Bank pays or returns this item, a service charge may result.
**\*** = Item(s) included in Previous Statement(s).

For additional information or service, please contact the Customer Service Center at  800-432-1000

NMD
00-14 8036M (3/2000)

| Date | Amount | Balance | Transaction |
|------|--------|---------|-------------|
| 8/30/2005 | 13.06 | 5627.22 | CHECKCARD 0828 HOUSTON'S |
| 8/30/2005 | 1.50 | 5625.72 | CHECKCARD 0828 FASHION |
| 8/31/2005 | 4226.90 | 9852.62 | CSG ONLINE 05 M1;DES=PAYROLL |
| 8/31/2005 | 1926.00 | 7926.62 | EVERHOME MORTGAGE CO Bill |
| 8/31/2005 | 232.00 | 7694.62 | WSSC WATER Bill Payment |
| 8/31/2005 | 413.64 | 7280.98 | Marshalls MARS 08/31 |
| 8/31/2005 | 89.80 | 7191.18 | Check 2126 |
| 8/31/2005 | 33.49 | 7157.69 | CHECKCARD 0829 CVS PHARMACY |
| 9/01/2005 | 400.00 | 6757.69 | Online Banking transfer to |
| 9/01/2005 | 1700.00 | 5057.69 | INTERNAL REVENUE SERVICE |
| 9/01/2005 | 400.00 | 4657.69 | BLOOMINGDALES Bill Payment |
| 9/01/2005 | 50.00 | 4607.69 | DR. MAHMOOD MOHAMADI, M.D. |
| 9/01/2005 | 45.00 | 4562.69 | VERIZON COMMUNICATIONS Bill |
| 9/01/2005 | 2976.53 | 1586.16 | CHECKCARD 0830 HERITAGE AUTO |
| 9/01/2005 | 80.00 | 1506.16 | CHECKCARD 0830 VZW WEB PAY |
| 9/01/2005 | 39.95 | 1466.21 | WORLD GYM - FT. ;DES=CLUB |
| 9/02/2005 | 40.95 | 1425.26 | CHECKCARD 0831 SHELL OIL |
| 9/02/2005 | 24.68 | 1400.58 | CHECKCARD 0831 EAA-GIFT SHOP |
| 9/06/2005 | 1445.86 | 2846.44 | BKOFAMERICA ATM 09/04 |
| 9/06/2005 | 367.50 | 2478.94 | NORDSTROM 1400 09/05 |
| 9/06/2005 | 196.17 | 2282.77 | Marshalls MARS 09/04 |
| 9/06/2005 | 116.39 | 2166.38 | SOU GIANT FOOD 09/04 |
| 9/06/2005 | 100.00 | 2066.38 | CHECKCARD 0901 DC GOVT MPD |
| 9/06/2005 | 60.00 | 2006.38 | BKOFAMERICA ATM 09/04 |
| 9/06/2005 | 46.46 | 1959.92 | EXXONMOBIL POS 09/06 |
| 9/06/2005 | 45.02 | 1914.90 | CHECKCARD 0902 THE DINER |
| 9/06/2005 | 22.44 | 1892.46 | Marshalls MARS 09/04 |
| 9/06/2005 | 18.38 | 1874.08 | SAFEWAY STORE 09/02 |
| 9/06/2005 | 9.00 | 1865.08 | CHECKCARD 0902 TRACY NAILS |
| 9/07/2005 | 126.00 | 1739.08 | CHECKCARD 0905 SALON CIELO |
| 9/07/2005 | 85.00 | 1654.08 | CHECKCARD 0905 SALON CIELO |
| 9/07/2005 | 58.80 | 1595.28 | CHECKCARD 0905 NORDSTROM |
| 9/07/2005 | 40.00 | 1555.28 | Check 2125 |
| 9/07/2005 | 40.00 | 1515.28 | Check 2128 |
| 9/07/2005 | 2.00 | 1513.28 | CHECKCARD 0905 FASHION |
| 9/08/2005 | 290.00 | 1223.28 | SUNTRUST BANK Bill Payment |
| 9/09/2005 | 15.08 | 1208.20 | CHECKCARD 0908 AT&T SERVICES |
| 9/13/2005 | 64.00 | 1272.20 | BKOFAMERICA ATM 09/12 |
| 9/13/2005 | 232.78 | 1039.42 | COSTCO WHSE #0 09/12 |
| 9/13/2005 | 199.33 | 840.09 | SOU GIANT FOOD 09/13 |
| 9/14/2005 | 180.00 | 660.09 | CITI CARDS Bill Payment |
| 9/14/2005 | 150.00 | 510.09 | FARM BUREAU BANK FSB Bill |
| 9/14/2005 | 150.00 | 360.09 | CITI CARDS Bill Payment |
| 9/14/2005 | 43.10 | 316.99 | CHECKCARD 0912 CROWN |
| 9/15/2005 | 400.00 | 716.99 | Online Banking transfer from |
| 9/15/2005 | 275.00 | 991.99 | Online Banking transfer from |

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

**Transaction History**

| Date | Amount | Balance | Transaction |
|------|--------|---------|-------------|
| * 9/15/2005 | 350.00 | 641.99 | KAY JEWELERS Bill Payment |
| * 9/15/2005 | 42.38 | 599.61 | CHECKCARD 0914 SUBWAY # 607 |
| * 9/15/2005 | 37.20 | 562.41 | CHEVRON/DASH I 09/15 |
| 9/16/2005 | 45.00 | 517.41 | CHECKCARD 0915 TRACY NAILS |
| 9/19/2005 | 41.91 | 475.50 | EXXONMOBIL POS 09/19 |
| 9/19/2005 | 38.28 | 437.22 | SOU GIANT FOOD 09/16 |
| 9/19/2005 | 4.59 | 432.63 | 7-ELEVEN 09/19 #000121561 |
| 9/19/2005 | 1.00 | 431.63 | CHECKCARD 0916 FASHION |
| 9/20/2005 | 13.42 | 418.21 | SOU THE HOME D 09/20 |
| 9/21/2005 | 341.25 | 759.46 | NORDSTROM 1400 09/21 |
| 9/22/2005 | 150.00 | 609.46 | Check 2131 |
| 9/22/2005 | 60.00 | 549.46 | Check 2130 |
| 9/22/2005 | 48.67 | 500.79 | CHECKCARD 0921 SUBWAY # 607 |
| 9/22/2005 | 40.00 | 460.79 | Check 2129 |
| 9/23/2005 | 1700.00 | 2160.79 | BKOFAMERICA ATM 09/23 |
| 9/23/2005 | 52.00 | 2108.79 | CHECKCARD 0921 SALON CIELO |
| 9/23/2005 | 39.95 | 2068.84 | CHECKCARD 0922 POWERCHOICE |
| 9/23/2005 | 1.00 | 2067.84 | CHECKCARD 0921 FASHION |
| 9/26/2005 | 14000.00 | 16067.84 | BKOFAMERICA ATM 09/26 |
| 9/26/2005 | 52.49 | 16120.33 | CHECKCARD 0922 MARSHALLS |
| 9/26/2005 | 73.50 | 16046.83 | NORDSTROM 1400 09/26 |
| 9/26/2005 | 60.90 | 15985.93 | NORDSTROM 1400 09/26 |
| 9/26/2005 | 44.10 | 15941.83 | NORDSTROM 1400 09/26 |
| 9/26/2005 | 20.43 | 15921.40 | 1311 PIER 1 WA 09/26 |
| 9/26/2005 | 16.73 | 15904.67 | PETSMART 09/26 #000560852 |
| 9/27/2005 | 15.00 | 15889.67 | CHECKCARD 0923 WP-AGREEMENTS |
| 9/27/2005 | 100.00 | 15789.67 | Check 2137 |
| 9/27/2005 | 2700.00 | 13089.67 | LVI ENVIRONMENTAL SVCS. INC. |
| 9/27/2005 | 2061.00 | 11028.67 | INTERNAL REVENUE SERVICE |
| 9/27/2005 | 1926.00 | 9102.67 | EVERHOME MORTGAGE CO Bill |
| 9/27/2005 | 379.00 | 8723.67 | MBNA AMERICA Bill Payment |
| 9/27/2005 | 308.00 | 8415.67 | GEICO DIRECT Bill Payment |
| 9/27/2005 | 286.00 | 8129.67 | PEPCO Bill Payment |
| 9/27/2005 | 98.00 | 8031.67 | COMCAST CABLE Bill Payment |
| 9/27/2005 | 47.84 | 7983.83 | BLOOMINGDALES Bill Payment |
| 9/27/2005 | 45.00 | 7938.83 | WADESON PSYCHIATRIC CENTER |
| 9/27/2005 | 30.19 | 7908.64 | DR. MAHMOOD MOHAMADI, M.D. |
| 9/27/2005 | 301.27 | 7607.37 | Check 2133 |
| 9/27/2005 | 27.29 | 7580.08 | CHECKCARD 0926 VEGAS VALET |

*** No More Activity For This Account ***



Bk check 2124-2127 - Yahoo Mail   https://us-mg6.mail.yahoo.com/neo/message?&.mid=0&.fid=Inbox&.fid...



$1720.00   12-8-05



PLEASE SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA  30384-9211

**SUNBELT** RENTALS

## STATEMENT

| ACCOUNT | DATE | PAGE |
|---|---|---|
| 421722 | 9/01/05 | 1 |

92   20247

AFS MORTAGAGE & CONTRACTING
3102 18th St NW
Washington DC  20010-2608

| ACCOUNT | DATE | PAGE |
|---|---|---|
| 421722 | 9/01/05 | 1 |

| CUSTOMER NAME |
|---|
| AFS MORTAGAGE & CONTRACTING |

|ı|ıl|ıll|ıllıııılllıııılılıllılıılıbıllıııılılbıl

| DATE | CONTRACT | TR | INVOICE | AMOUNT DUE | DATE | INVOICE | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 8/26/05 | 4697795 | IN | 4697795-001 | 128.07 | 8/26/05 | 4697795-001 | 128.07 |

( EXHIBIT '6 )

*For any invoice not paid within 30 days, a service charge of 1.5%
per month may be applied.*

*For inquires, please contact your local branch, phone numbers are
found on invoices and on our website http://www.sunbeltrentals.com*

| 0- 29 $128.07 | 30- 59 | | $128.07 | **TOTAL DUE** | $128.07 |
|---|---|---|---|---|---|
| 60- 89 | Over 90 | | | | |

PLEASE DETACH AND
RETURN THIS SECTION
WITH YOUR PAYMENT.

*All Your Equipment Needs...
One Company.*

KEEP THIS SECTION FOR YOUR
RECORDS.

# INSTALLATIONS & REPAIRS TO BE PERFORMED

Freddy:

Please perform the following work and take care not to get anything on the walls. They no longer sell the yellow paint on the basement walls so please be careful.

- Basement Bedroom - Install new floor tile in basement bedroom. Install the tile inside the closets also and cut the door bottom so that it closes over the new tile flooring. The furniture needs to be moved out into the recreation room area. Move furniture to living room area of basement.
- Basement Utility Sink - Replace the utility sink faucet with the new chrome faucet.
- Basement Bathroom - Repair the basement bathroom toilet. The water constantly runs in the toilet and Carlos thinks the tank hardware is defective.
- Basement Bathroom - Remove old pedestal sink & put it in the garage. Install the new pedestal sink and new gold faucet hardware.
- Top Floor Bathroom - Snake the bathroom sink on the top floor. It has a slow drain.
- Top Floor Bathroom - Change the washers on the top floor bathtub faucet.
- Foyer – Change dimmer switch to the new 600 watt dimmer switch.
- Dining Room – Change dimmer switch to new 1000 watt dimmer switch and install new faceplate.



# Tony's Services

*Power Washing*
Window Cleaning • Siding & Gutters
1910 Briggs Chaney Road
Silver Spring, Maryland 20905
Tel: 301-384-1822 • 1-866-748-3852

Customer s Order NO. _____  Phone No. _____  Date _Oct 15_ 20 _05_

Name _Mrs. Brooks_

Address _____

| Quantity | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Windows cleaning | $ 90 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 90 | TAX | 90 |
| | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

Rec'd by _____

*Thank You*

GLASS MASTERS INC.
4801 Clifton Road
Temple Hills,, MD 20748
PH: 301-702-0900 FAX: 301-702-3145

WO #W213041
Cash Sale

AFS                                    11-04-2005  CQ022390

KIM

AFS
C/O KAREN BROOKES
3102 16TH STREET, N.W.
WASHINGTON, DC 20010

Wk:KAREN-301-602-9062 Hm:CARLOS-240-678-9846

| Qty Description | | Sell | Total |
|---|---|---|---|
| 1 43 5/8 x 95 1/2 -- 1/4 GLASS ' CLEAR  (1)Polish | | 0.00 | 0.00 |

| Qty Description | | Sell | Total |
|---|---|---|---|
| 1 MATERIALS/LABOR | | 175.00 | 175.00 |

Comments

CALLED IN BY KAREN BROOKES ON 10/17/05.
MEASURE TO PROVIDE ESTIMATE ON INSTALLING ONE
CONFERENCE ROOM TABLE TOP.

**DOWN PAYMENT RECEIVED 10/21/05 VIA CC $175.00**
**BALANCE OF $175.00 PAID IN FULL VIA CC ON 11/4/05*
**TOTAL INVOICE AMOUNT $350.00**

THANK YOU FOR DOING BUSINESS WITH US'

APPROVAL CODE: 167920
AVS Code: N   CC Result: M

AMOUNT    $ 1
TOTAL     $ 17

THANK YOU
COME AGAIN

BOTTOM COPY-CUSTOMER

Subtotal      175.00

MasterCard    175.00

# hpshopping
### .com

A subsidiary of hp

To Contact Us
1-888-999-4747

Page 1 of 1

**Ship To:**
CARLOS ALLEN
afs morgage3102 18th street nw
WASHINGTON, DC  20010

Phone: 202-483-2024

| | |
|---|---|
| Order Number: | H6177999 |
| Order Date: | 9/30/2005 |
| Order Time: | 09:47 AM  CST |
| Ship Date: | 9/30/2005 |

---

**Packing List - Got rebates? If eligible for rebates retain this packing list for your records and rebate submission requirements. hpshopping.com carries a full line of accessories specially designed for your HP products. Shop online at hpshopping.com.**

---

| ITEM / DESCRIPTION | PRICE | QTY | AMOUNT |
|---|---|---|---|
| PA526A#ABA - 512MB 333MHz DDR SDRAM Notebook Memory | 89.99 | 1.00 | 89.99 |
| - Tracking No: 040686071027641 | | | |

---

| Instant Discounts You Have Received: | | |
|---|---|---|
| $10.00    Memory discount | Subtotal: | 89.99 |
| | Tax: | 0.00 |
| | Shipping/Handling: | 10.99 |
| | **Total:** | **$100.98** |

11466849-  000000055548578

## Support and Drivers

For easy access to expert service and support for your HP product (including drivers) in English or Spanish 24 hours/7 days a week, visit HP Customer Care at www.hp.com/support or by phone at (800) 474-6836.

## Return and Exchange Policy

hpshopping.com will accept product returns and exchanges in accordance with our return policy, except on opened, boxed software. The details of our Returns and Exchanges Policy can be found at www.hpshopping.com or by calling (888) 999-4747

Credit for returns and exchanges will not be issued until hpshopping.com confirms receipt of the merchandise. Use the following procedure to arrange a return or exchange.

## To Request a Return or Exchange

Step One – For all products except plasma televisions*, obtain a return authorization number by calling (888) 999-4747. This number is required for all returns and exchanges. We will arrange to pick up your return or exchange.

Step Two - Prepare your package for pickup

• Replace the product in its original packaging
• Include all items that were originally in the product box
• On the outside of the package, write in bold letters:

1. Your return authorization number – RMA #
2. "NetReturn Express Tag Pickup"

*Plasma televisions have a unique returns process. Please call our special plasma returns number at (888) 570-6418.

## Important Note

If you return a product without using this process, your credit or exchange may be delayed pending proof of delivery to our warehouse.

In addition, you will assume risk of loss and payment for returned freight.

## Price Protection Policy

hpshopping.com reserves the right to change prices at any time. Should we lower the price of a product you purchased, you may call (888) 999-4747 within 30 days of receiving your order to request a credit for the difference between the price you paid and the current hpshopping.com selling price. This policy excludes mail-in rebates.

# MARLO

SALES ORDER - CUSTOMER

CUSTOMER CODE : ALLEC31007
CUSTOMER NAME: CARLOS        ALLEN                    INVOICE NUMBER: 002795-23001
ADDRESS       : 3107 11TH ST NE                        ENTRY DATE: 09/29/05
CITY/ST/ZIP   : WASHINGTON        DC  20016           FINAN ST :              00/00/00
HOME PHONE   : 202-483-2024                           SLSP 1    : 674
BUS  PHONE   :           EXT:                         SLSP 2    :

| QTY | SIZ/LOC | SKU | DESC | RETAIL | EXTENDED |
|-----|---------|-----|------|--------|----------|
| 1.00 | A0 | 43TS1 | 601359300 TABLE BASE | 199.00 | 199.00 |
| 1.00 | A0 | AS1S1 | 601359309 TABLE TOP | | .00 |
| 1.00 | | | AS1S00002 2 DAY HOLD/NO RETURNS | | .00 |

DEPOSIT AMOUNT  :           .00              SUBTOTAL   :        199.00
CFS AMOUNT      :           .00              DELIVERY   :          .00
FINANCE AMOUNT  :        208.95    APP : 069594    10  TAX%   :         9.95
8% APR% DUE     :        208.95              TOTAL SALE :        208.95

                        COMMENT

REGISTD FINANCING

If this is a financed MARLO CARD, TIDEWATER or MARLO sale, I acknowledge
that the purchase is made pursuant to and subject to the terms and condition
of the customer revolving credit agreement or the Cardholder's Agreement
and I understand and agree with it I have read.

Signature _____

                SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

CUSTOMER COPY



SALES ORDER - CUSTOMER

```
CUSTOMER CODE: ALLEC310U7
CUSTOMER NAME: CARLOS      ALLEN            INVOICE NUMBER: 08295ACEULO
ADDRESS    : 3102 18TH ST NW               ENTRY DATE: 08/29/05   SAL
CITY/ST/ZIP : WASHINGTON        DC  20010  PU/DEL DT : P      08/29/05
HOME PHONE  : 202-483-2024                 SLSP 1    : A47
BUS  PHONE  :              EXT:             SLSP 2    :
==============================================================================
   QTY   ST/LOC   SKU      DESC                    RETAIL    EXTENDED
==============================================================================
   1.00           962195941 24X36(H852)MAIZE & BLANKET  49.00     49.00

   1.00           962195941 24X36(H852)MAIZE & BLANKET  49.00     49.00

   1.00           986254870 ASST. FLORALS              39.00     39.00

   1.00           ACCESORY9 NO RETURNS                   .00       .00
```

```
==============================================================================
DEPOSIT AMOUNT  :        .00              SUBTOTAL  :       137.00
CBD AMOUNT      :        .00              DELIVERY  :          .00
FINANCE AMOUNT  :     143.85   APP : 052984   VA    TAX:      6.85
BALANCE DUE     :     143.85              TOTAL SALE :       143.85
=============================== COMMENTS ====================================
     REGULAR FINANCING
```

```
==============================================================================
```
If this is a financed MARLO CARD, TIDEWATER or MARLO sale, I acknowledge
that the purchase is made pursuant to and subject to the terms and conditions
of the customer's revolving credit agreement or the Cardholder's Agreement of
that finance company, which I have read.

Signature _____

       SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

                    CUSTOMER COPY

# THE HOME DEPOT 2554
6003 OXON HILL RD. OXON HILL, MD 20745
STORE MANAGER 301-839-9600



| 2554 00002 75578 | 06/01/05 |
| SALE | 61 RGG884 | 10:02 AM |

| 025000058011 20 OZ CLEAN | |
| 046677168698 40W4PK | |
| 2 @ 1.44 | 2.88 |
| 051652100044 KILZPRMRAERO | |
| 10 @ 3.98 | 39.80 |
| 073257132428 42 TRASH BAG | |
| 2 @ .13.72 | 27.44 |
| 081099204586 PLUS 3 | |
| 2 @ 11.15 | 22.30 |
| 042269003446 CLEARCOVER | 9.92 |
| 839724001457 10K PORT. | 499.00 |
| SUBTOTAL | 602.33 |
| SALES TAX | 30.12 |
| TOTAL | $632.45 |
| XXXXXXXXXXXXX8415 VISA | 632.45 |
| AUTH CODE 120034/4024252 | TA |



2554 02 75578 06/01/2005 3539

KEEP YOUR RECEIPT FOR FASTER RETURNS
SHOP ONLINE AT WWW.HOMEDEPOT.COM
YOU CAN DO IT, WE CAN HELP
****************************************

## ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Your Opinion Counts!  We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
153999  151447

Password:
5301  151445

Entries must be entered by 07/01/2005
Entrants must be 18 or older to enter
See complete rules on website. No
purchase necessary.



THE HOME DEPOT 2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018 (202)526-8760

SALE

2583 00053 14253      09/13/05
13 TS01SG      03:37 PM



2347043355054 4X4 BLACK           26.40
7247643155055 4X4 STEREO          15.28
051652100010 PRIMER               12.96
051527949143 PLPRMAL#2585
4 @ 4.58                          19.32
                 SUBTOTAL         74.50
                 SALES TAX         4.28
                 TOTAL           $78.78
XXXXXXXXXX88747 MASTERCARD        78.78
AUTH CODE R19824/058523t           TA



2583 58 14280 09/13/2005 9687

NEW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALIST.
*******************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line.

User ID:
31432 24907

Password:
5463 28849

Entries must be entered by 10/13/2005.
Entrants must be 18 or older

---

THE HOME DEPOT 2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018 (202)526-8760

SALE

2583 00017 17057      09/09/05
92 TS09TY      04:48 PM



076607007308 EZ8 BELT
3 @ 6.97                          20.91
                 SUBTOTAL         20.91
                 SALES TAX         1.20
                 TOTAL           $22.11
XXXXXXXXXXXX9754 MASTERCARD       22.11
AUTH CODE R79268/4171245           TA



2583 17 17057 09/09/2005 9198

NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE A
CAREERS.HOMEDEPOT.COM/SPECIALISTS
*******************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
36986 34420

Password:
5459 34403

Entries must be entered by 10/09/2005.
Entrants must be 18 or older to enter
See complete rules on website. N
purchase necessary.

(Esta encuesta también se encu
español en la página del Intern

THE DEPOT 2555
Retail DETAIL WE
N, DC 2010 (303)324-0180

2555 00029 77166      45-01
14 SF91:9      10:03 AM

SALE

 OK

/8425118759U 2LPPARFUM4          3.97
04967/440519 50MPARF39220
  2 @ 3.97                       17.94
09142129950 24"DLXFGMDLR        42.9?
            SUBTOTAL             5..36
            SALES TAX            3.5
            TOTAL                $7..34
XXXXXXXXXXX8415 VISA             73.84
AUTH CODE 140343/5399450         TA



2553 59 77566 08/21/2005-4159

NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE AT
CAREERS.HOMEDEPOT.COM/SPECIALISTS

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line.

User ID:
158004 155484

Password:
5431 155425

Entries must be entered by 08/2005
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

---

# THE HOME DEPOT #2555
150 HAMPTON PK BLVD. HAMPTON PK, MD 20741
STORE MANAGER (301) 324-0180

SALE      2555 00036 72961      09/01'05
            41 AG648Y      11:38 AM



584102 RESPIRATOR
  2 @ 4.47                        8.94
466123 POLY GLOSS               99.98
  RSN: 1    AMT OFF  MKDN       -47.98
666609 25FT CTN                  8.36
466123 POLY GLOSS               99.98
  RSN: 1    AMT OFF  MKDN       -47.98
            SUBTOTAL            121.30
            SALES TAX             6.07
            TOTAL              $127.37
XXXXXXXX8165  STORE CREDIT       31.45
CARD BALANCE                     '0.00
                                  TA
XXXXXXXXXXXX8415 VISA            95.92
AUTH CODE 143379/2363869          TA



2555 36 72961 09/01/2005 0392

NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALISTS

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line.

User ID:
148766 146247

Password:
5451 146211

Entries must be entered / 10/01/2005.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

THE HOME DEPOT 2551
2300 BROADBIRCH DR, SS, AD 30814
301-680-3500

2551 00004 22899
SALE                        51 EAD99A



042369313641 6x9 VINYLRUG
   5 @ 34.85
075378145740 WOODADHSV
010306101370 ECON TROWEL
024500663305 MORETKNIFE
024500663411 UTILBLDSPK
718994022839 PAINT TOOL
                    SUBTOTAL
                    SALES TAX
                    TOTAL
XXXXXXXX3810    GIFT CARD
CARD BALANCE

                    CASH
                    CHANGE DUE



2551 04 22899 03/30/2006 9082

NOW HIRING SPRING SEASON ASSISTANTS
PT/FT APPLY TODAY IN-STORE OR ONLINE
AT: STORECAREERS.HOMEDEPOT.COM/HOUR
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
48538 46091

Password:
6180 46087

Entries must be entered by 04/29/2006
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

THE HOME DEPOT 2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018 (202)526-8700

2583 00069 32221     03/12/05
SALE           14 SC0159    12:02 PM



010186/35087 1GLB GROUT            10.49
07847/211892 1G WP, WH
   25 @ 0.51                       12.75
07847/27299/ 1G DLNK WH
   6 @ 0.49                         2.94
07847/151235 2G SW TV
   2 @ 0.82                         1.64
034481100804 WORK BOX
   4 @ 1.97                         7.88
07847744267 2G DUP WH
   4 @ 0.82                         3.28
07847099895/ 1GDEG WHICPK          3.99
C7847709996-1 1GSW WH 10PK          1.69
863322 3/4 STRUI
   2 @ 10.97                       21.94
              SUBTOTAL             66.80
              SALES TAX             3.84
              TOTAL               470.64
XXXXXXXXXXX00889 VISA              70.54
AUTH CODE 012430/2907826             1a

[barcode]
2583 59 32221 03/12/2005 9599

NOW HIRING SPECIALTY SALES ASSOCIATE.
APPLY TODAY IN STORE OR ON-LINE AT
CAREERS.HOMEDEPOT.COM/SPECIALIST
****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at

www.HomeDepotOpinion.com

You will need the following to enter
on-line.

THE HOME DEPOT 2554
6003 OXON HILL RD, OXON HILL, MD 20745
STORE MANAGER 301-839-9600

2554 00059 46272     09/30/05
SALE           14 SC0159    03:18 PM



073088058430 TOILET SEAT           19.97
              SALES TAX             1.00
              TOTAL              $20.97
              CASH                50.00
              CHANGE DUE          29.03

[barcode]
2554 59 46272 09/30/2005 5090

NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALISTS
****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com
You

              d the following to enter
                on-line:
  Us
9538      ID:
            2892
      Passwor
5480  928

Entries must be entered by 10/30/2005.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

(Esta encuesta también se encuentra en
español en la página del Internet.)

THE HOME DEPOT



SALE



ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

www.homedepot.com

You will need the following to enter
online:

User ID:
1Z98896  1Z73869

Password:
6157  1Z73133



THE HOME DEPOT 2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018 (202)526-5700

2583 00007 04437    15:53:59
SALE                1. LA73PC   02:13 PM

049000003710 20PZ PUZZLE            1.98
            SALES TAX               0.00
            TOTAL                   3.08
            CASH                    5.00
            CHANGE DUE              3.02

2583 07 04437 13/13/2005 1393

NOW HIRING SPRING SEASON ASSOCIATES
PT/FT APPLY TODAY IN-STORE OR ON-LINE
AT: STORECAREERS.HOMEDEPOT.COM/HIRING

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
11746 93720

Password:
6181 91843

Entries must be entered within 10 days
Entrants must be 18 or older to win
See complete rules on website for
purchase necessary

(Esta encuesta también se puede tomar en
español en la página del Internet)

---

THE                PO  2554
6003                 90 20745
       51           538-9600

SALE        90 53932   10/26/05
         14 SCOT58     11:13 AM





042224000916 ROLLERCOVER          5.97
022367441305 INTLTXFBS1GL
        2 @ 15.98                31.96
            SUBTOTAL             37.93
            SALES TAX             1.90
            TOTAL               $39.83
XXXXXXXXXXXXX8415 DEBIT          39.83
AUTH CODE 461213

2554 58 53932 10/26/2005 1138

NOW HIRING SPECIALTY SALES ASSOCIATES
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALISTS

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
110707 108211

Password:
5526 ?      ?3

Entries must be
Entrants must b
See complete
purc

(Esta enci
español



THE HOME DEPOT 2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018 (202)526-8760

SALE                2583 00014 84690 . 08/19/05
                    11 7524ED   07:25 AM





070729-383063 230 XLD                    3.97
0667-5015063 6 PK TRKS                  37.58
            SUBTOTAL                     40.65
            SALES TAX                     2.34
            TOTAL                       $42.99
XXXXXXXXXXXXXX8680 MASTERCARD           42.99
AUTH CODE 060078.515/002                  TA



ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepot.com

You will need the following to enter
on-line:

User ID:
10992 8423

Password:
5419 8409

Entries must be ent.
Entrants must be 18
See complete rules
Purchase req

THE HOME DEPOT 2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018 (202)526-8760

SALE                2583 00059 75626   08/30/05
                    14 SCO159   12:15 PM



027426222502 STAIN                       3.66
0539239-075A 6L/2DOREU6A                 3.29
0392305452Z XHNY BOLT 5                  7.59
            SUBTOTAL                     14.54
            SALES TAX                    0.86
            TOTAL                       $5.30
XXXXXXXXXXXX8415 VISA                    15.30
AUTH CODE 131042-4599361                  TA



2583 59 75626 08/30/2005 5612

NOW HIRING SPECIALTY SALES ASSOCIATES
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALISTS

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at

www.HomeDepotopinion.com

You will need the following to enter
on-line:

User ID:
154524 152007

Password:
5430 151941

This must be entered by 09/29/05



THE HOME DEPOT   2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018   202 ...

SALE        2583 00001 29023    08.08...
61 848509    10.22 ...

THE HOME DEPOT   2583
901 RHODE ISLAND AVE
WASHINGTON, DC 20018   1202 ... -840

SALE        2583 00006 99095    08/12/06
14 10.058A    09:06 AM



078477193?8  15A GFCI WH
078477...    15A SP SW ...         11.25
9 @ 8.25
078477173..  15A SP SW ...
9344810 4... 2 GNG FNT ...
2 @ 4.70
078477108...  1G SW WH
4 @ 0.22
078477211618  1G WP. WH           0.88
SUBTOTAL                          0.02
SALES TAX                        18.59
TOTAL                             1.07
XXXXXXXXXXXX9754 MASTERCARD     $19.66
AUTH CODE R39871/2565745         19.66
TA



NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ONLINE AT
CAREERS.HOMEDEPOT.COM/SPECIALTY...
* * * * * * * * * * * * * * * * * * * * * * *

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts!  We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepot.com...

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts!
hear about your ...
Enter to win a $5...
Card by completing ...
your store ...









THE HOME DEPOT 2554
6003 OXON HILL RD, OXON HILL, MD 20745
STORE MANAGER 301-839-9600

        2554 00057 05561      10/06/05
             14 SCOT57        05:36 PM
SALE



049223500201 HANGER NAILS
    3 @ 2.19                          6.57
049223500232 PROPICHNG20#            2.29
743488180252 SLIDERS
    5 @ 6.98                         34.90
051111020012 3MUA16X25
    3 @ 15.97                        47.91
051111020036 3MUA20X25
    3 @ 15.97                        47.91
043168487122 50-150WREV             16.14
    6 @ 2.69
046677168797 75W4PK                  1.44
              SUBTOTAL              157.16
              SALES TAX               7.86
              TOTAL                $165.02
XXXXXXXXXXXX7453 VISA               165.02
AUTH CODE 002137/7578378                TA



2554 57 05561 10/06/2005 2644

NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALISTS
****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts!  We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
13965 11468

Password:
5506 11411

Entries must be entered by 11/05/2005.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

LOWE'S

ALEXANDRIA, VA
(703)765-8011
-SALE-
SALES #: S0715VA1 163926      08-30-05

50754 CHNDELIER 7-TIER      248.00
186798 8X10 SILVER/BROWN      9.96
224272 (82263) 42GAL 24C     32.94
                3 @   10.98

              SUBTOTAL:      290.90
        TAX  38170 :          14.55
INVOICE 64952  TOTAL:        305.45

         BALANCE DUE:        305.45

         DEBIT VISA :        305.45


DEBIT VISA: 8415   AUTHCODE 832183
CASHBACK : CASH BACK    TOTAL DEBIT
                   0.00      305.45


0715 TERMINAL: 54  08/30/05 07:53:51


THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
STORE MGR: CHIP EASTMAN

LOWEST PRICES GUARANTEED
IF YOU FIND A LOWER PRICE WE WILL
BEAT IT BY 10%. SEE

---

LOWE'S

ALEXANDRIA, VA
(703)765-8011
-SALE-
SALES #: S0715AA1 13       11-29-05

219880 10 OZ ALEX + CRYS    10.68
           6 @   1.78
110487 GL.FASTHIDE INT.S     10.97
110483 GL.FASTHIDE INT.S     10.97
78804 5 TIER ACRYLIC CH     199.00

              SUBTOTAL:      231.62
        TAX  38170 :          11.58
INVOICE 08907  TOTAL:        243.20

         BALANCE DUE:        243.20

              M/C :          243.20


M/C  XXXXXXXXXXXX5538        026347
   AMOUNT: .... . 243.20
- - - - - - - - - - - - - - - - - - - - - -
0715 TERMINAL: 08  11/29/05 13:54:27



THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
STORE MGR: CHIP EASTMAN


WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL
BEAT IT BY 10%.  SEE STORE FOR DETAILS

# LOWE'S

ALEXANDRIA, VA
(703)765-8011
-SALE-
SALES #: S0715AK2 728276      11-16-05

| | |
|---|---|
| 63127 WHITE WALL-MOUNT | 7.47 |
| 141524 3.5G COOL MIST HU | 159.96 |
| 2 @   79.98 | |
| 70751   DIMMER TGL PRE | 14.97 |
| 20302 JH 40W B10C DLLF | 14.32 |
| 4 @    3.58 | |
| 148101 50/200/250 SOFT W | 9.92 |
| 4 @    2.48 | |
| 153380 50/100/150 3-WAY | 5.36 |
| 2 @    2.68 | |
| 40948 JH SATIN NICKLE P | 5.88 |
| 3 @    1.96 | |
| 43991 WEAVE SGL GFCI/AN | 5.98 |
| 94655 1G NYLON SGL PL 5 | 0.65 |
| 61023 CD DOUBLE FACE TA | 2.27 |
| 18291 40 LITER LINER | 11.94 |
| 2 @    5.97 | |
| 104085 SKYLARK 1000W SP | 39.90 |
| 37923 SANDED PF 1517 MA | 10.98 |
| 25202 BRASS SINK CONNEC | 10.80 |
| 2 @    5.40 | |
| 100385 SGL HDL LAV W/POP | 58.00 |

SUBTOTAL:      358.40
TAX  38170 :     17.92
INVOICE 05720 TOTAL:    376.32


BALANCE DUE:     376.32


DEBIT VISA :     376.32


DEBIT VISA: 8535    AUTHCODE 830107
PURCHASE    CASH BACK    TOTAL DEBIT
376.32       0.00        376.32
- - - - - - - - - - - - - - - - - -

# LOWE'S

ALEXANDRIA, VA
(703)765-8011
-SALE-
SALES #: S0715UL1 121251    08-23-05

| | |
|---|---|
| 75558 | 9.97 |
| 5.3 FOLIAGE      VI | |
| 148715 RO628106 | 14.26 |
| JH 6' 3 WIRE RANGE C | |
| 71204 RO628204 | 16.97 |
| JH 4' 4 WIRE RANGE C | |

INVOICE 65697  SUBTOTAL:     41.20



-SALE-
SALES #: S0715JH1 121251    08-23-05

| | |
|---|---|
| 161790 FEFL67DC | 638.00 |
| FR ELEC-SM RNG FEFL6 | |
| [LD] | |
| 2 | 65.00 N |
| DELIVERY FEE | |

INVOICE 92485  SUBTOTAL:    703.00


INVOICE 65697 SUBTOTAL:     41.20
INVOICE 92485 SUBTOTAL:    703.00
SUBTOTAL :    744.20
TAX  38500 :    33.96

BALANCE DUE:    778.16


H/C :    778.16


H/C  XXXXXXXXXX0204      167204
AMOUNT:      778.16
- - - - - - - - - - - - - - - - - -

LOWE'S

ALEXANDRIA, VA
(703)765-8011
-SALE-

... ... ...       11-09-05

... ... ...        9.98
... ... ...        1.98
551 3 4" CX ADAPTER C     2.94
... ... ...        4.98
... ... 3/4 90 DEG ELL CU     2.64
                4 @    0.66
21614 3/4"45DEG ELL CXC     4.68
                4 @    1.17
21670 3/4"COPPER TEE CX     1.22
22632 3/4"CXC COUPLING     1.54
                2 @    0.77
11749 JOINT TAPE GYP 25     1.98
28182 ECONOMY TUBING CU     8.83
20846 5EA ACID BRUSHES     1.30
23532 SOLD PASTE FL 2 O     1.75
11778 USG 45MIN E-SAND     9.38
23791 3/4"X10' TYPE M C     20.54
                2 @    10.27

            SUBTOTAL:     66.76
        TAX    38170 :     3.34
   INVOICE 12100  TOTAL:     70.10


        BALANCE DUE:     70.10

            M/C :     70.10


M/C  XXXXXXXXXXXX5710          009003
        AMOUNT:       70.10
------------------------------------
0715 TERMINAL: 12  11/09/05 11:17:13


LOWE'S

ALEXANDRIA, VA
(703)765-8011
-SALE-
SALES #: SO715RA1 737445       12-04-05

125674 CREA SILVER TULIP     9.94
                2 @    4.97
219268 JH HOLIGRAPHIC IC     5.91
                3 @    1.97
16090 JH 1 3/8" SILVER     0.94
                2 @    0.47
125416 3 SNOWMAN&SNOW DW     20.91
                3 @    6.97
205897 PM SUPERLOG 6.6L     15.97  N


            SUBTOTAL:     53.67
        TAX    38170 :     1.89
   INVOICE 13507  TOTAL:     55.56


        BALANCE DUE:     55.56

            CASH :     56.01
            CHANGE :     0.45

0715 TERMINAL: 13  12/04/05 18:29:42



THANK YOU FOR SHOPPING LOWE'S
RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
STORE MGR: CHIP EASTMAN

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL
BEAT IT BY 10%. SEE STORE FOR DETAILS

```
              L O W E ' S

              ALEXANDRIA, VA
              (703)765-8011
                 -SALE-
   SALES #: S0715VA1 163926    04-06-06


   69420 17" DEVONSHIRE BO       24.97
   45337 JH 1"X60YD SAFE R        3.97
   117972 JH 40W B10 CANDLE       7.96
            2 @    3.98
   213811 13 GAL 36CT TALL        3.48
   82378 HZ WRLESS PSH BUT        7.84
            2 @    3.92
   77758 HZ ACCESS TRANSMI        9.47
   222206 D  SPRING ARM PAP      19.97


            SUBTOTAL:            77.66
       TAX  38170 :              3.88
   INVOICE 64347 TOTAL:          81.54



       BALANCE DUE:              81.54


            CASH :               81.54

   0715 TERMINAL: 64  04/06/06 10:22:09
```



```
       THANK YOU FOR SHOPPING LOWE'S
       RECEIPT REQUIRED FOR CASH REFUND.
       CHECK PURCHASE REFUNDS REQUIRE
       15 DAY WAIT PERIOD FOR CASH BACK.
          STORE MGR: CHIP EASTMAN

    WE HAVE THE LOWEST PRICES, GUARANTEED!
    IF YOU FIND A LOWER PRICE, WE WILL
    BEAT IT BY 10%. SEE STORE FOR DETAILS
```

SALE

GLASS MASTERS INC
4801 CLIFTON RD
TEMPLE HILLS, MD 20748
3017020900
MID:00102605

DATE: 12/16/05                    TIME: 13:30

MERCHANT ID: XXXXXXX3139817
VS XXXXXXXXXXXX6952 (KEYED)

INVOICE: 354001              SEQ: 001
APPROVAL CODE: 00459A
AVS Code: Y        CC Result: M

**AMOUNT**    **$  319.84**
**TOTAL**     **$  319.84**

THANK YOU
COME AGAIN

BOTTOM COPY-CUSTOMER



Thank you for
shopping with us

# Old School Hardware

3219 Mt Pleasant St
Washington, DC 20010
202-462-1431

CARLOS R ALLEN

| ITEM | QTY | SALE/REG | EXT |
|---|---|---|---|
| 075339005422 | 1 00 | 2 99 | 2 99 |
| 798-1475 | EA | | |
| SPACKLING LITWEIGHT CUP | | | |
| 017801008067 | 1 00 | 11 99 | 11 99 |
| 605-1015 | CG | | |
| BULB HALOGEN 100W T3 FEIT | | | |
| 078864043051 | 1 00 | 5 49 | 5 49 |
| 651-6553 | EA | | |
| BOWL WAX URETHANE | | | |
| 078864011159 | 1 00 | 4 99 | 4.99 |
| 676-6299 | EA | | |
| TOILET BOWL TANK RING THICK | | | |

| | | |
|---|---|---|
| SUBTOTAL $ | | 25 46 |
| TAX $ | | 1 53 |
| **TOTAL $** | | **26.99** |

| CREDIT CARD | 26 99 |
|---|---|

CARD    ************3726



2564 57 59840 01/06/2005 1459

KEEP YOUR RECEIPT FOR TAXES & RECORDS.
SHOP ONLINE AT WWW.HOMEDEPOT.COM
YOU CAN DO IT. WE CAN HELP.

Sale

VISA

Appr Code: 11495

Amount:                    $ 67.84

Tax:                       $ 0.00

Total:                     $ 67.84

Customer Copy
THANK YOU.

---

SALE

GLASS MASTERS INC
6801 CLIFTON RD
TEMPLE HILLS, MD 20748
3017020700

DATE: 12-16-05                    TIME: 13:30

INVOICE: 05400

AMOUNT        $  319.84
TOTAL         $  319.84

THANK YOU
COME AGAIN

BOTTOM COPY-CUSTOMER

PFEIFFER'S HARDWARE
3219 Mount Pleasant St. NW
(202) 462 - 1431

| Description | Qty | Price ea | Extended |
|---|---|---|---|
| Misc. Fastene | 10 | 0.39 $ | 4.30 |
| Misc. Fastene | 8 | 0.21 $ | 1.13 |
| Misc. Fastene | 12 | 0.22 | 2.17 |
| Misc. Fastene | 12 | 0.14 | 1.00 |

Sub Total      10.92
Sales Tax Total      0.63
Total Amt      11.55

Paid Cash      20.00
Change      8.45

Tuesday, August 15, 2006 00:47:50
4271: Cahil      TX:4E000007995

```
*********************************
DATE 09/12/05              TIME 20:36
MID 300003451566          42426373585()

        CHEVYS FRESH MEX
   1201 SOUTH HAYES STREET #1
       ARLINGTON, VA  22202
         703-413-8700
   PLEASE LEAVE MERCHANT COPY
         WITH YOUR SERVER

VISA        ***********84952
AUTH 070380     TABLE    77

PURCHASE        1-DINING


AMOUNT                      30.48
TAX                          2.74

SUBTOTAL $       33.22

TIP $....         5.15

TOTAL $......    38.37
               ==============

      CUSTOMER COPY
*********************************
```

```
3466                          Rec: 65
Server: ANTONIESE S
10/02/05 18:18. Swiped   T: 45 Term:  5

Outback Steakhouse #2143
6091 Oxon Hill Rd
Oxon Hill, MD
(301)839-4300
MERCHANT #:

   TYPE        ACCOUNT NUMBER
              XXXXXXXXXXXX6413

   AFS/MORTGAGE INC
   TRANSACTION APP
AUTHORIZATION
Batch #: 413
Reference: 100
TRANS TYPE

CHECK

TIPS                          52  73

TOTAL
```

```
              2453 18th St. NW
            Washington, DC  20009
               202 232-8800
   er: Andreas            DOB: 09/16/2005
      PM                      09/16/2005
      49/1                     3/30115

                              4194389
   SA
  ard #4121741429468262    Exp:0905
  agnetic card present:
  Approval: 285296

           Amount:            25

          + Tip:

          = Total:      41.00


  X
  Approval: 285296

       Please Show Your Appreciation
            Tip Your Server!
       $5.00 Credit Card Minimum
              NEED CASH:
        Diner ATM Up and Running

           The Diner
```

```
   CHARLIE S PIZZERIA
      12700 OLD FORT RD
    FT WASHINGTON, MD 20744

  TIME  5:42 PM   DATE 09/24/05
  TERM# 00069876   MERH 000903561093993
  TRAN TYPE SALE
  #xxxxxxxxxxxxx4952
  CARD TYPE VISA
  SEQ #   008
  TICKET # 0000005369 SERVER ID
  AUTH CODE 06-54-57

  BASE            $54.45

  TIP              7.00

  TOTAL           61.45

        CUSTOMER COPY
```



CVV2 MATCH



Young Hearts Florist Inc
508 H St
NE Washington DC 20002
202 829-0551
870F800039511

APR    006 12:37PM

MERCH         08260039511

REF #
ACT #        xxxxxxxx6831
CARD
ORDER

SALE          $  409.50

APPR    CODE:   105010
TRA    176117607761194

I        TO PAY ABOVE
TO    AMOUNT ACCORDING
TO    ISSUER AGREEMENT

X        SIGNATURE

THANK YOU!
PLEASE COME AGAIN!

CUSTOMER COPY

**Marshalls.**

BEACON MALL
6700 RICHMOND HGHWY
ALEXANDRIA, VA 22306
(703) 768-8725

| | |
|---|---|
| 89 - SPECIALTY AC 009278226 | 9.99 T |
| 89 - SPECIALTY AC 017965222 | 19.99 T |
| 19 - ACCESSORIES 017588209 | 19.81 T |
| 19 - ACCESSORIES 017736756 | 24.99 T |
| 04 - MISSY 008357098 | 29.99 T |
| 15 - JUNIORS 007655678 | 19.99 T |

| | |
|---|---|
| SUBTOTAL | $254.94 |
| VA 5.00% STATE TAX | $12.75 |
| TOTAL | $267.69 |
| DEBIT VISA | $267.69 |

************8535
PURCHASE
SWIPED
TRAN REC # 378646
10/05/05 15:35:04
REFERENCE #    153504

ITEMS 6
1446
10/05/05  15:34:55    02 0018 5757

REFUNDS WITHIN 30 DAYS WITH RECEIPT

Brand Names For Less.  Every Day.

**Marshalls.**

Marshalls Tysons Plaza
8353 Leesburg Pike
Vienna, VA 22182
(703) 556-0160

MON-FRI 10-9:30 SAT 9-9:30 SUN 10-8

749645 CASH-1      0184 0168 014

## Marshalls.

BEACON MALL
6700 RICHMOND HGHWY
ALEXANDRIA, VA 22306
(703) 768-8725

| 81 - GIFTWARE | 004292566 | 29.99 T |
| 80 - GIFTWARE | 017460543 | 24.99 T |
| 60 - DOMESTICS | 005958698 | 5.99 T |
| 60 - DOMESTICS | 006312956 | 5.99 T |

SUBTOTAL                  $66.96
VA 5.00% STATE TAX         $3.35
TOTAL                     $70.31
VISA                      $70.31
************7453
PURCHASE
SWIPED
AUTH# 001909
10/05/05 15:30:20
REFERENCE #:   15667213



9 0191 0257 56 1306 13

ITEMS 4
1446
10/05/05  15:30:11    0191 02 0018 5756

REFUNDS WITHIN 30 DAYS WITH RECEIPT

Brand Names For Less.  Every Day.



that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed. .
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

```
SALE                  001317 8 003 00393
                      0584 09/19/05 01:13
QTY                            OUR PRICE


1    SPLS STNRD 1P TAN
     718103009690                   7.99
1    DUCK PRO DUCT TAPE
     075353030080                   7.98
1    DUCK PRO DUCT TAPE
     075353030080                   7.98
1    STAPLES STRAPING F
     718103005111                   3.98
1    STAPLES STRAPING F
     718103005111                   3.98
1    SCTCH XTM STRP LG
     021200481406                   7.85
1    SCTCH XTM STRP LG
     021200481406                   7.85
SUBTOTAL                           47.61
     Standard Tax 5.00%             2.39
TOTAL                            $50.00

Visa                              50.00
Card No.: XXXXXXXXXXXX4952 <S>
Auth No.: 075895
```

TOTAL  ITEMS   7


SPECIAL $.39 Color Copies
availible in our Copy & Print Center
on 8 1/2 by 11 standard white paper
for a limited time only!

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !



0 5 8 4 0 9 1 9 0 5 0 0 3 9 3 0 3



that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

```
SALE                  001308 15 002 17000
                      0584 09/11/05 11:41
QTY SKU                        OUR PRICE


1    PUBLISHER PRO DIG
     727298401981                 139.99
1    WIRELESS-G BROADBA
     745883553853                  59.94
1    HP CLR LASR BROCHU
     829160638775                  19.99
SUBTOTAL                          219.92
     Standard Tax 5.00%            11.00
TOTAL                           $230.92

Visa                             230.92
Card No.: XXXXXXXXXXXX4952 <S>
Auth No.: 014423
```

TOTAL  ITEMS   3


Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !



0 5 8 4 0 9 1 1 0 5 1 7 0 0 0 0 2



**that was easy.**

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

SALE                          215060 6 006 10478
                              0584 09/09/05 04:33
QTY SKU                                OUR PRICE

REWARDS NUMBER 2632963464
1 QUICKBOOKS PRO 200
  02d287009448
  Instant Savings #65273 <-70.00>          199.94
SUBTOTAL
    Standard Tax 5.00%                      199.94
TOTAL                                        10.00
                                          $209.94

Visa
Card No.: XXXXXXXXXXXX4952 <S>             209.94
Auth No.: 077145

        TOTAL   ITEMS    1

        Compare and Save
     with Staples-brand products.

   THANK YOU FOR SHOPPING AT STAPLES



0 5 8 4 0 9 0 9 0 5 1 0 4 7 8 0 6

---



.that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

SALE                          255689 4 004 06707
                              0584 09/28/05 02:13

*********************************************

$5,000 SHOPPING SPREE AT STAPLES!
. ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing.  Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0101 3633 7221 9281

***Tome nuestra encuesta en español en
la página del Internet o por teléfono.
Consiga las reglas en la tienda.***

See store for rules.
Survey code expires 10/28/2005.
*********************************************

QTY SKU                             OUR PRICE

      REWARDS NUMBER 2632963464
1   SUPER STICKY EASEL
    021200707261                        32.45
1   FLIP CHART MARKER
    071641224803                         6.27
SUBTOTAL



### that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

SALE                        255689 2 004 12329
                       0584 10/31/05 03:27

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

$5,000 SHOPPING SPREE AT STAPLES!
ENTER TO WIN!

We care about what you think!
Take a short survey and be entered
into a monthly drawing.  Just log on to
www.staples-survey.com
or call 1-800-890-7305

Your survey code: 0101 5726 2191 0801

\*\*\*Tome nuestra encuesta en español en
la pagina del Internet o por telefono.
Consiga las reglas en la tienda.\*\*\*

See store for rules.
Survey code expires 11/30/2005.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QTY SKU                          OUR PRICE

        REWARDS NUMBER 2632963464
1   BUXTON WAIST PACK
    043345200797                    16.99
1   PENTEL FORTE MECH
    072512149256                     4.00
SUBTOTAL                            21.96
    Standard Tax 5.00%               1.10
TOTAL                             $23.06

Debit Tender:                       23.06
Card No.: XXXXXXXXXXX8535 ‹S›
Auth No.: 660757

TOTAL   ITEMS   2.

SPECIAL $.39 Color Copies
available in our Copy & Print Center
on 8 1/2 by 11 standard white paper
for a limited time only!



### that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

SALE                        001317 6 002 21686
                       0584 10/05/05 04:11
QTY SKU                           OUR PRICE

        REWARDS NUMBER 2632963464
6   PENTEL R.S.V.P. F1
    072512076972      3.290ea        19.74
                                     19.74
SUBTOTAL                              0.99
    Standard Tax 5.00%              $20.73
TOTAL
                                     20.73
Visa
Card No.: XXXXXXXXXXX7453 ‹S›
Auth No.: 001920

TOTAL   ITEMS   6

SPECIAL $.39 Color Copies
available in our Copy & Print Center
on 8 1/2 by 11 standard white paper
for a limited time only!

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !



0 5 8 4 1 0 0 5 0 5 2 1 6 8 6 0 2



that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

```
SALE                     131726 4 002 15687
                         0584 09/06/05 11:49
QTY SKU                              OUR PRICE

        REWARDS NUMBER 2632963464
1    CRISTALLE GLASS PE
     815889005196                        9.29
1    CRISTALLE GLASS PE
     815889005196                        9.29
1    STD T-120 VIDEO 4P
     025215214042                        7.68
1    CRISTALLE GLASS BU
     815889005202                        8.99
        *****Buy More / Save More*****
1    PENTEL R.S.V.P. FI
     072512076972                        2.50
1    PENTEL R.S.V.P. FI
     072512149317                        2.50
1    PENTEL R.S.V.P. FI
     072512149317                        2.50
1    PENTEL R.S.V.P. FI
     072512076972                        2.50
     Discount Amount <-3.16>
*****************************************
6    ROGERS BUS CARD/CL
     018421504144      1.250ea           7.50
     SUBTOTAL                           52.75
        Standard Tax 5.00%               2.64
     TOTAL                             $55.39

                                       55.39
Visa
Card No.: XXXXXXXXXXXX4952 <S>
Auth No.: 054229


        TOTAL  ITEMS    14
```

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !





that was easy.

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
6139 OXON HILL ROAD
OXON HILL, MD 20745
(301) 749-6567

```
SALE                     219256 10 006 19542
                         0584 10/11/05 03:55
QTY SKU                              OUR PRICE

1    WNW DICT/THESAURUS                 11.99
     785555087613
1    STIX ALL   1/EA                     3.99
     026000006507
1    MONEY                               3.99
     072400100954
1    WEBSTERS VALUE DIC                  8.49
     785555886919                       26.46
     SUBTOTAL                            1.43
        Standard Tax 5.00%             $29.89
     TOTAL
                                        29.89

Debit Tender:
Card No.: XXXXXXXXXXXX8535 <S>
Auth No.: 930878


     TOTAL  ITEMS    4
```

SPECIAL $.39 Color Copies
available in our Copy & Print Center
on 8 1/2 by 11 standard white paper
for a limited time only!

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !





PENTAGON CITY #253

MEMBER #111753517034

| | |
|---|---|
| 93539 ARUGULA PACK | 6.99 |
| 12648 KS CUTLERY | 6.49 |
| 930717 ALFREDO/BRD | 8.49 |
| 930717 ALFREDO/BRD | 8.49 |
| 930717 ALFREDO/BRD | 8.49 |
| 930717 ALFREDO/BRD | 8.49 |
| 930717 ALFREDO/BRD | 8.49 |
| 14709 SHRIMP PLATE | 37.99 |
| 14709 SHRIMP PLATE | 37.99 |

5 @ 12.49
| 938273 MINIQUICHE | 64.95 |

2 @ 5.49
| 24379 TROP OJ 2/96 | 11.98 |
| 2 369 KS CRNBERRY | 5.49 |
| 13947 MIXELL 36CT | 14.41 |
| 14379 SPINSALAD | 7.58 |
| 14379 SPINSALAD | 7.63 |
| 14379 SPINSALAD | 7.42 |
| 14379 SPINSALAD | 7.54 |

4 @ 12.49
| 92283G SPANIKOPITA | 49.96 |
| 26493 CARML APL PI | 7.99 |
| 24533 CRS SAND PLT | 25.99 |
| 24533 CRS SAND PLT | 25.99 |
| 12648 KS CUTLERY | 6.49 |
| 1605 KRHEINEKENxx | 22.99 |
| 956659 SCHWEPPES GA | 7.49 |

4 @ 6.99
| 917585 XMAS PLATES | 27.96 |

15 @ 7.99
| 953900 VODA PINOT | 119.85 |

4 @ 10.99
| 88744 KS MEATBALLS | 43.96 |
| 10201 HONEY WINGS | 12.49 |
| 10201 HONEY WINGS | 12.49 |
| 10201 HONEY WINGS | 12.49 |
| 10201 HONEY WINGS | 12.49 |
| 823837 ALF SIM PANE | 6.49 |
| 83357 RED SEEDLESS | 6.49 |

| XXXX  5.00 TAX | 10.58 |
| XXXX  2.50 TAX | 0.00 |

TOTAL      XXX



PENTAGON CITY #253

```
Welcome to Shell


SHELL
8511 OXON HILL RD
FT WASHINGTON, MD
20744
91002583715
09/26/2017 722249295
12:25:35 PM


PUMP# 8
REGULAR          10.003G
PRICE/GAL        $2.599

FUEL TOTAL   $  26.00

CREDIT       $  26.00

XXXX XXXX XXXX 8689
VISA
Swiped
APPROVED
AUTH # 026908
        4718
```