The order below is hereby signed.

Signed: December 30 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                          )
                               )
CARLOS ROBERTO ALLEN,          )    Case No. 16-00023
                               )    (Chapter 7)
             Debtor.           )
_____)
                               )
DOUGLASS SLOAN,                )
                               )
             Plaintiff,        )
                               )
        v.                     )    Adversary Proceeding No.
                               )    16-10027
CARLOS ROBERTO ALLEN,          )
                               )
             Defendant.        )
```

## ORDER

The debtor filed a *Motion for Reconsideration of Judgement of Sept. 21, 17* (Dkt. No. 79). The plaintiff filed an opposition (Dkt. No. 81), to which the debtor filed a reply (Dkt. No. 82). The plaintiff then filed *Plaintiff's Sur-reply to Debtor's Reply & Revision* (Dkt. No. 84). In response, the debtor filed a motion (Dkt. No. 85) to strike the plaintiff's sur-reply.

The debtor filed an affidavit from Karen Brooks to his reply, constituting the first account directly from Karen Brooks in the eighteen months that have elapsed since the plaintiff filed his complaint. Additionally, for the first time, the debtor alleged that he attempted to serve Karen Brooks with a subpoena prior to the trial and was unable to do so. Thus, there likely would have been sufficient justification for granting a motion by the plaintiff for leave to file a sur-reply in order to address the new affidavit and allegation. *See Lewis v. Rumsfeld*, 154 F.Supp.2d 56, 61 (D.D.C. 2001); *Flynn v. Veaze Constr. Corp.*, 310 F.Supp.2d 186, 189 (D.D.C. 2004). However, the plaintiff filed his sur-reply unaccompanied by a motion for leave to file the sur-reply and he has not opposed the *Motion to Strike*. For these reasons, it is

ORDERED that the *Defendant-Debtor's Motion to Strike Plaintiff's Motion for Surreply From the Court Records* (Dkt. No. 85) is GRANTED. It is further

ORDERED that *Plaintiff's Sur-Reply to Debtor's Reply and Revision* (Dkt. No. 84) is STRICKEN.

[Signed and dated above.]

Copies to: Debtor (by hand-mailing); all recipients of e-notification of orders.