The document below is hereby signed.

Signed: February 14, 2019

*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CARLOS ROBERTO ALLEN, | ) | Case No. 16-00023 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DOUGLASS SLOAN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 16-10027 |
| CARLOS ROBERTO ALLEN, | ) | |
| | ) | **Not for publication in** |
| | ) | **West's Bankruptcy Reporter.** |
| Defendant. | ) | |

MEMORANDUM DECISION AND ORDER
REVISING PRIOR MEMORANDUM DECISION AND ORDER RE
<u>PROPOSED WRITS OF ATTACHMENT AND POSTJUDGMENT INTEREST ON COSTS</u>

Footnote 2 to the court's prior *Memorandum Decision and Order re Proposed Writs of Attachment and Postjudgment Interest on Costs* (Dkt. No. 131) contained an error. It is

ORDERED that footnote 2 is revised to read:

As of September 21, 2018, a full year's interest increased the original amount owed of $1,427.18 by 1.27% to $1,445.31. Because the interest is compounded annually, the $1,445.31 will bear interest from September 21, 2018, at 1.27% compounded annually. As of February 14, 2019, $1,448.25 is owed, with interest accruing thereafter at $.05 per day until the next anniversary of the judgment, September 21, 2019.

[Signed and dated above.]

Copies to: All counsel of record.